IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS WAYNE JONES** **PLAINTIFF**
**#601335**

v.  Case No: 4:20-cv-00638-LPR

**BILL GILKEY** **DEFENDANT**

### ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. 32). No objections have been filed, and the time to do so has expired. After a careful and de novo review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Jones's Complaint (Doc. 1) is DISMISSED without prejudice. Gilkey's motion for summary judgment (Doc. 13) is denied as moot. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of July 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT